OPINION — AG — ** ACCOUNTANCY — REGISTERED ** AN INCORPORATED BUSINESS WHICH IS 'NOT' REGISTERED WITH THE OKLAHOMA STATE BOARD OF PUBLIC ACCOUNTANCY AND WHICH DOES NOT HOLD A LIVE PERMIT TO PRACTICE PUBLIC ACCOUNTANCY 'CAN' USE THE WORD " ACCOUNTANTS " AS A PART OF ITS BUSINESS NAME, THE NAME WHICH IT HOLDS OUT TO THE PUBLIC, ONLY IF IT INDICATES THAT IT IS WITHOUT A LIVE PERMIT. (PROFESSIONS AND OCCUPATIONS, INCORPORATED BUSINESS NAME, ACCOUNTANTS, DEFINITION) CITE: 25 O.S. 16 [25-16], 25 O.S. 25 [25-25], 59 O.S. 15.11 [59-15.11], 59 O.S. 15.14 [59-15.14] [59-15.14], 59 O.S. 15.17 [59-15.17], 59 O.S. 15.22 [59-15.22], 59 O.S. 15.11 [59-15.11](J) (MICHAEL F. FOUTS)